ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
  Federal Courthouse, 14th Floor
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-6166
  Facsimile: (213) 894-7177
  E-mail: Steven.Welk@usdoj.gov

Attorneys for Defendants
United States of America and
Eric Holder, in his capacity as
United States Attorney General

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YOHANES HAILE BEYENE, an individual, and TSEGE AYELE, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA, and ERIC HOLDER, in his official capacity as United States Attorney General,<br><br>    Defendants. | No. CV 11-4445 R (MANx)<br><br>**JUDGMENT OF FORFEITURE** |

Defendants' Motion for Summary Judgment having come on for hearing on October 31, 2011 before the Honorable Manuel L. Real, United States District Judge, and the Court having considered the pleadings and the evidence presented, and in accordance with the Court's findings of fact and conclusions of law as stated both on the record at the hearing of the motion and in the separately-entered Findings of Fact and Conclusions of Law,

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
2  is entered for defendants United States of America and Eric Holder in his official
3  capacity as United States Attorney General.
4  DATED: This 15th day of November, 2011.

   _____
   THE HONORABLE MANUEL L. REAL
   United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

       /S/
_____
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Defendants
United States of America and
Eric Holder, in his capacity as
United States Attorney General